IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DANIEL HOLLAND, Individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FANDUEL, INC. AND DRAFTKINGS, INC.,**<br><br>**Defendants.** | Case No. 1:15-cv-13650-IT |

### STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Daniel Holland ("Plaintiff"), Defendant FanDuel, Inc. ("FanDuel"), and Defendant DraftKings, Inc. ("DraftKings") (collectively, the "Parties"), previously submitted a Joint Motion to Stay Proceedings Pending Action By the Judicial Panel on Multidistrict Litigation, which Motion to Stay is currently pending before this Court. (Dkt. # 13.)

On February 4, 2016, the Judicial Panel on Multidistrict Litigation ("JPML") entered a Transfer Order appointing Judge O'Toole to preside over MDL No. 2677, *In re: Daily Fantasy Sports Litigation* (*see* Exhibit A; *see also* 1:16-md-02677-GAO, Dkt. 1), and the Parties therefore anticipate that this action will soon be transferred to Judge O'Toole. In light of the JPML's order, and the pending Joint Motion to Stay, the Parties hereby stipulate and agree that the time within which FanDuel and DraftKings shall answer, move or otherwise respond to the Plaintiff's Complaint is extended from February 12, 2016 to a date set by a scheduling order governing further proceedings to be established by Judge O'Toole in *In re: Daily Fantasy Sports Litigation*.

DATED: February 12, 2016					Respectfully submitted,

**DraftKings, Inc.,**

By its attorneys,
MCCARTER & ENGLISH, LLP

By: /s/ Nicholas W. Allen
Thomas J. Finn (BBO # 561346)
tfinn@mccarter.com
Nicholas W. Allen (BBO # 663409)
nallen@mccarter.com
265 Franklin Street
Boston, MA 02110
(617) 449-6500

GIBSON, DUNN & CRUTCHER, LLP
Randy M. Mastro*
rmastro@gibsondunn.com
James P. Fogelman*
jfogelman@gibsondunn.com
200 Park Avenue, 48th Floor
New York, NY 10166
Telephone:  212.351.4000
Facsimile:  212.351.4035

**FanDuel, Inc.,**

By its attorneys,

By: /s/ Daniel P. Tighe
PRINCE LOBEL TYE, LLP
Daniel P. Tighe (BBO # 556583)
100 Cambridge St.
Boston, MA 02114
dtighe@princelobel.com
Telephone: 617.456.8000

**Plaintiff Daniel Holland,**

By his attorneys,

By: /s/ Christopher Weld, Jr.
Christopher Weld, Jr. (BBO # 522230)
Corrina L. Hale (BBO # 670916)
TODD & WELD LLP

2

One Federal Street, 27th Floor  
Boston, MA 02110  
Telephone: 617.720.2626  
cweld@toddweld.com  
chale@toddweld.com  

*Pro Hac Vice* applications to be submitted

**CERTIFICATE OF SERVICE**

    I, Nicholas W. Allen, hereby certify that on this 12th day of February, 2016, the within document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

                                            /s/ Nicholas W. Allen  
                                            Nicholas W. Allen